January 10, 2012

```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA


JOANN PELLEGRIN                              CIVIL ACTION

VERSUS                                       NO. 10-2126

QUALITEST PHARMACEUTICALS, INC., ET AL.      SECTION "A"(3)
```

### ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date of the motion.  No memoranda in opposition to Defendants' **Motion for Judgment on the Pleadings (Rec. Doc. 42)**, taken under submission on January 4, 2012, has been received.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,[1]

Accordingly;

**IT IS ORDERED** that Defendants' **Motion for Judgment on the**

---

[1] Defendants contend that the claims asserted in Plaintiff's complaint are pre-empted under the Supreme Court's ruling in PLIVA, Inc. v. Mensing, 131 S. Ct. 2567 (2011).  The Court has reviewed the decision in Mensing as well as Plaintiff's complaint and the Court is persuaded that Defendants are correct.

**Pleadings (Rec. Doc. 42)** is **GRANTED**.  Plaintiff's complaint

against Defendants is **DISMISSED** with prejudice.

                          \* \* \* \* \* \* \* \*

2